# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

COLETTE EVERSON,

        Plaintiff,

v.

        Case No.: 3:24-cv-762-WWB-LLL

BLUE CROSS AND BLUE SHIELD OF
FLORIDA INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's renewed Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 9). United States Magistrate Judge Laura Lothman Lambert issued a Report and Recommendation (Doc. 10) in which she recommends denying Plaintiff's Application and dismissing Plaintiff's Amended Complaint (Doc. 6) without prejudice.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 9) is **DENIED**.

3. Plaintiff's Amended Complaint (Doc. 6) is **DISMISSED without prejudice**.

4. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on August 5, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party